| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | <br><br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>*E-MAIL*: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

April 5, 2024

<u>VIA ECF</u>

Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: <u>United States v. Alberto Alonso Jaramillo Ramírez, No. 22-cr-00121 (LJL)</u>

Dear Judge Liman:

  We are the attorneys for Alberto Alonso Jaramillo Ramírez. I write to request permission to staff one of my associates, Arletta K. Singh, on this case to bill for her time at a billing rate of $120 per hour. Mrs. Singh has been assisting with this case since March 22, 2024. Mrs. Singh has trial experience as a second chair, and I expect that her involvement will substantially assist in providing our best defense to Mr. Jaramillo Ramírez in the most cost-effective manner.

  For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

                     Respectfully submitted,

                      /s/ Eric R. Breslin

                      Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED** _____  4/8/2024
       Honorable Lewis J. Liman, U.S.D.J.

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300   PHONE: +1 973 424 2000 FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007