UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.: 22-cr-00121 (LJL) |
| vs. | ORDER |
| ALBERTO ALONSO JARAMILLO RAMÍREZ, | |
| Defendant. | |

LEWIS J. LIMAN, United States District Judge:

Upon the joint application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Nicholas Bradley, Kaylan Lasky, and Kevin Sullivan, Assistant United States Attorneys, and the Defendant, Alberto Alonso Jaramillo Ramírez, by and through his attorneys, Eric R. Breslin and Arletta K. Singh, it is hereby ORDERED that the status conference in this case previously set for May 30, 2024 is rescheduled to August 8, 2024 at 12:00 P.M. in Courtroom 15C at the 500 Pearl Street Courthouse.

The Court finds that the ends of justice served by granting an adjournment outweigh the best interests of the public and the Defendant in a speedy trial because it will permit the parties to continue ongoing discussions regarding a possible case resolution. Accordingly, it is further ORDERED that the time from the date of this order through August 8, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: May 23, 2024
      New York, New York

                                                       By:  _____
                                                            Hon. Lewis J. Liman
                                                            United States District Judge