UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
                                        :
          -v-                           :          22-CR-121-2 (LJL)
                                        :
ALBERTO ALFONSO JARAMILLO RAMIREZ,      :              ORDER
                                        :
          Defendant.                    :
                                        :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Status Conference previously set for December 6, 2024, is rescheduled to January 9, 2025, at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of all parties, excludes time from December 3, 2024 until January 9, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in order to allow the parties time to continue to meet and complete discussions regarding a potential pretrial resolution of the case..

    SO ORDERED.

Dated: December 3, 2024
       New York, New York
                                             LEWIS J. LIMAN
                                      United States District Judge