UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :   22-CR-121-2 (LJL)
                                                                   :
ALBERTO ALFONSO JARAMILLO RAMIREZ,                                 :          ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Status Conference previously set for January 9, 2025, is rescheduled to February 13, 2025, at 3:30PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of all parties, excludes time from January 2, 2025 until February 13, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in order to allow the parties time to continue to meet and complete discussions regarding a potential pretrial resolution of the case.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York
                                          LEWIS J. LIMAN
                                       United States District Judge