UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-v- : 22-CR-121-2 (LJL)
:
ALBERTO ALFONSO JARAMILLO RAMIREZ, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Status Conference previously set for February 13, 2025, is rescheduled to March 6, 2025, at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of all parties, excludes time from February 7, 2025 until March 6, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in order to allow the parties time to continue to complete discussions regarding a potential pretrial resolution of the case

SO ORDERED.

Dated: February 7, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge