UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

ALBERTO ALFONSO JARAMILLO RAMÍREZ,

           Defendant.

Docket No.: 22-cr-00121 (LJL)

ORDER

---

LEWIS J. LIMAN, United States District Judge:

Upon the joint application of the United States of America, by and through Danielle R. Sassoon, United States Attorney for the Southern District of New York, Nicholas Bradley, Kaylan Lasky, and Kevin Sullivan, Assistant United States Attorneys, and the Defendant, Alberto Alonso Jaramillo Ramírez, by and through his attorneys, Eric R. Breslin and Arletta K. Singh, it is hereby ORDERED that the status conference in this case be adjourned from Thursday, March 6, 2025 at 10:00 A.M. to March 24, 2025 at 12:00 P.M.

The Court finds that the ends of justice served by granting an adjournment outweigh the best interests of the public and the Defendant in a speedy trial because it will permit the parties to continue ongoing discussions regarding a possible case resolution. Accordingly, it is further ORDERED that the time from the date of this order through March 24 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: February 12, 2025
      New York, New York

                                                    By: _____
                                                         Hon. Lewis J. Liman
                                                         United States District Judge