```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :   22-CR-121-2 (LJL)
                                                                  :
ALBERTO ALFONSO JARAMILLO RAMIREZ,                                :         ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The pro se letter motion at Dkt. No. 107 is denied as moot. The Clerk of Court is respectfully directed to remove the attached document at Dkt. No. 107 from the docket. The Court will file the document under seal.

SO ORDERED.

Dated: March 12, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge