

| | |
|---|---|
| NEW YORK | SHANGHAI |
| LONDON | ATLANTA |
| SINGAPORE | BALTIMORE |
| PHILADELPHIA | WILMINGTON |
| CHICAGO | MIAMI |
| WASHINGTON, DC | BOCA RATON |
| SAN FRANCISCO | PITTSBURGH |
| SILICON VALLEY | NORTH JERSEY |
| SAN DIEGO | LAS VEGAS |
| LOS ANGELES | CHERRY HILL |
| TAIWAN | LAKE TAHOE |
| BOSTON | MYANMAR |
| HOUSTON | OMAN |
| AUSTIN | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | *OF DUANE MORRIS* |
| HO CHI MINH CITY | ALLIANCES IN MEXICO |
| | AND SRI LANKA |

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

March 26, 2025

<u>VIA ECF</u>

Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    **Re:** <u>United States v. Alberto Alonso Jaramillo Ramírez, No. 22-cr-00121 (LJL)</u>

Dear Judge Liman:

  We are the attorneys for Alberto Alonso Jaramillo Ramírez. As the Court is aware, Mr. Jaramillo Ramírez is scheduled for sentencing on July 11, 2025. To prepare for upcoming sentencing, we have begun collecting support letters from friends and family, along with other relevant documents from Mr. Jaramillo Ramírez's life. As Mr. Jaramillo Ramírez is a citizen of Colombia, most of these documents are in Spanish. Accordingly, we respectfully request permission to engage the services of a Spanish translator to translate these letters and documents into English.

  For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

                Respectfully submitted,

                <u>/s/ Eric R. Breslin</u>

                Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED**  3/27/2025  _____
          Honorable Lewis J. Liman, U.S.D.J.

DUANE MORRIS LLP  *A DELAWARE LIMITED LIABILITY PARTNERSHIP*  DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300  PHONE: +1 973 424 2000  FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007